**February 23, 2011**

| | | |
|---|---|---|
| 30057 | American Home Mortg. Servicing, Inc. v. Kin-Chung Rocky Yeung | Affirmed |